UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PROVIDENT BANK OF MARYLAND, a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Vessel WET DREAM, U.S.C.G. Official No. 1186605, *in rem*; and DANIEL CLARK, an individual, *in personam*,<br><br>Defendants. | CASE NO.: C 09-2105 CRB<br><br>**WARRANT OF MARITIME ARREST** |
|---|---|

**To the U.S. Marshal, Greetings:**

**WHEREAS** a complaint in admiralty was filed herein on May 14, 2009, praying that process issue for the arrest of the vessel that is the subject of this action, and

**WHEREAS** this Court, after due consideration has signed an Order for Issuance of Warrant for Maritime Arrest.

**NOW, THEREFORE, YOU ARE HEREBY COMMANDED** to arrest the said Vessel WET DREAM, Official Number 1186605, in her entirety, and detain the same in your custody until further order of the

/ / /

/ / /

Warrant of Arrest

1

1  court respecting the same.
2  Dated this 11 day of June, 2009



     United States District Court Clerk or
     Deputy Clerk

NOTE:  The claimant of property seized hereunder shall file a claim within 10 days after this Warrant of Arrest has been executed, and the claimant shall serve an answer within 20 days after filing this claim.

Warrant of Arrest