IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENT BANK OF MARYLAND, | No. C09-02105 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| THE VESSEL WET DREAM, U.S.C.G;. Official No. 1186605, in rem; and DANIEL CLARK, an individual, in personam, | |
| Defendants. / | |

Upon representations that a notice that defendant Daniel Clark has file a Bankruptcy Petition and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated:   June 28, 2010

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE