UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENT BANK OF MARYLAND, a Maryland corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>The Vessel WET DREAM, U.S.C.G. Official No. 1186605, *in rem*; and DANIEL CLARK, an individual, *in personam*,<br><br>　　　　　　　　　　Defendants. | CASE NO.:3:09-cv-02105-CRB<br><br>**[PROPOSED] ORDER RE REQUEST BY PLAINTIFF TO APPEAR TELEPHONICALLY AT 02/18/2011 CASE MANAGEMENT CONFERENCE** |

　　Upon review of the request by Plaintiff Provident Bank of Maryland to appear telephonically at the February 18, 2011 Case Management Conference, by and through its attorney Dirck J. Edge, and good cause appearing therefor,

　　IT IS HEREBY ORDERED that Plaintiff Provident Bank of Maryland may appear telephonically at the February 18, 2011 Case Management Conference, by and through its attorney Dirck J. Edge.

Dated: February _15_, 2011　　　　_____
　　　　　　　　　　　　　　　　　　United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Order re Request to Appear Telephonically

1