AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

| | |
|---|---|
| PROVIDENT BANK OF MARYLAND<br>                    Plaintiff (s),<br>v.<br>THE VESSEL WET DREAM; DANIEL CLARK<br>                    Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:09-cv-02105-CRB |

Notice is hereby given that, subject to approval by the court, __Defendant, Daniel Clark__ substitutes
(Party (s) Name)

__Daniel Clark (in pro per)__, State Bar No. __n/a__ as counsel of record in
(Name of New Attorney)

place of __Farhad Novian (State Bar No 118129), Novian & Novian, LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Daniel Clark (in pro per)
Address:      213 Seneca Trail, Bloomingdale, IL 60108
Telephone:    (917) 723-9108                Facsimile _____
E-Mail (Optional):  fourth48@mac.com

I consent to the above substitution.
Date: February _____, 2011                  Daniel Clark (Defendant)
                                            (Signature of Party (s))

I consent to being substituted.
Date: February 25, 2011                     Farhad Novian
                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __March 25, 2011__

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA