IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENT BANK OF MARYLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>THE VESSEL WET DREAM ET AL,<br><br>    Defendant.                            / | No. C 09-02105 CRB<br><br>**ORDER STAYING CASE AND VACATING HEARING** |

Upon representations that defendant Daniel Clark has filed a Bankruptcy Petition, see dkts. 74, 75, and GOOD CAUSE APPEARING THEREFOR:

Proceedings in this matter are STAYED pursuant to 11 U.S.C. 362(a).

The hearing on Plaintiff's Motion for Default Judgment, scheduled for Friday, April 20, 2012, is VACATED.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action. Should further proceedings become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

There appears to be no reason to maintain the file as open for statistical purposes.

//
//
//

1  Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

2  **IT IS SO ORDERED.**

4  Dated: April 16, 2012        CHARLES  R. BREYER
                                UNITED STATES DISTRICT JUDGE